**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.: 5:26-CV-110** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **APPROXIMATELY 0.28191380 BITCOIN FROM** | : | |
| **BINANCE WALLET ADDRESS** | : | |
| **IDENTIFIED BY** | : | |
| **152wrBMKRmsTJEvMkrbA3wJ7m4VvWJpXV5** | : | |
| | : | |
| **Defendant Property.** | : | |
| | : | |

## WARRANT OF ARREST IN REM FOR PERSONAL PROPERTY

TO:    ANY AUTHORIZED AGENT OF THE
        UNITED STATES MARSHALS SERVICE

WHEREAS, a Verified Complaint for Forfeiture has been filed in this Court praying that process issue for the arrest of the Defendant Property that is the subject of this action;

NOW, THEREFORE, you are hereby commanded to seize and arrest the Defendant Property, which is described as follows: approximately 0.28191380 Bitcoin (BTC) from a Binance wallet address identified by: 152wrBMKRmsTJEvMkrbA3wJ7m4VvWJpXV5, and detain the same in your custody until further order of the Court.

2

DATED, this  24th  day of  MARCH , 2026 .



DAVID W. BUNT – CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

By: s/ Erin Pettigrew
DEPUTY CLERK

3